UNITED STATES of America,
Plaintiff—Appellee,

v.

Epitacio VILLALOBOS–BARRAZA,
Defendant—Appellant.

No. 03–10380.

D.C. No. CR–03–00114–FJM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 21, 2004.

John Robert Lopez, IV, Asst. U.S. Atty., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

John W. Rood, Attorney at Law, Phoenix, AZ, for Defendant–Appellant.

Epitacio Villalobos–Barraza, California City, CA, Defendant–Appellant Pro Se.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM**

Epitacio Villalobos–Barraza appeals his guilty-plea conviction and 41–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Villalobos–Barraza's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

